JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

FRANK DIXON,

              Petitioner,

              v.

FEDERAL,

              Respondent.

Case No. 2:24-cv-09552-AB-JDE

JUDGMENT

Pursuant to the Order Summarily Dismissing Petitioner for Writ of Habeas Corpus,

IT IS ADJUDGED that the operative Petition is denied and this action is dismissed without prejudice.

Dated: December 3, 2024

_____
ANDRÉ BIROTTE JR.
United States District Judge